UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

PATRICK COLLINS, INC.,
        Plaintiff,

CASE NUMBER: 12-13670-BC

v.

DISTRICT JUDGE THOMAS L. LUDINGTON

JOHN DOES 1-28,

        Defendants.
                                      /

## NOTICE TO APPEAR FOR HEARING ON MOTIONS

You are hereby notified to appear in the above captioned matter for a hearing on Defendant John Doe Number 25's Motion to Quash, Motion of Doe 16 to Sever and Dismiss, Motion to Quash Subpoena, before the Honorable Thomas Ludington on the following date and time.

| DATE | TIME | LOCATION |
| --- | --- | --- |
| **DECEMBER 20, 2012** | **2:00 PM** | **Courtroom 214<br>1000 Washington Avenue<br>Bay City, MI 48708** |

## CERTIFICATION

I hereby certify that this notice was electronically filed, and the parties and/or counsel of record were served on this date.

        THOMAS L. LUDINGTON
        UNITED STATES DISTRICT JUDGE

        By  s/Tracy Jacobs
Date: October 30, 2012        Deputy Clerk